TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00206-CV

Rolls-Royce Motor Cars, Inc., Appellant

v.

Texas Department Of Transportation, Motor Vehicle Division;

Sebert L. Pate; and Betty Jo Pate, Appellees

DIRECT APPEAL PURSUANT TO TEXAS MOTOR VEHICLE COMMISSION CODE 

PER CURIAM

 Rolls-Royce Motor Cars, Inc. has filed an unopposed motion to dismiss its appeal based
on a settlement. We grant the motion and dismiss this appeal.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Unopposed Motion

Filed: May 22, 1997

Do Not Publish